USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Dec. 19, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISLEIDA FIGUEROA,

                Plaintiff,

– against –

PAVARINI MCGOVERN, LLC ET AL,

                Defendants.

**ORDER**

19 Civ. 152 (ER)

Ramos, D.J.:

      On January 7, 2019, Arisleida Figueroa ("Plaintiff"), a resident of New Jersey, filed a complaint against Pavarini McGovern, LLC, a New York limited liability company headquartered in New York; Structure Tone, LLC, a New York limited liability company headquartered in New York; and 330 West 34th SPE LLC, a Delaware limited liability company with offices in New York, (collectively, "Defendants").  Doc. 1.

      At a December 18, 2019 pre-motion conference, the Defendants represented that 330 West 34th SPE LLC has a general partnership with a member entity in New Jersey, and thus, the case lacks complete diversity.  Plaintiff informed the Court she does not consent to a dismissal. Defendants represented that they will not contest that this case was dismissed involuntarily, and accordingly, Plaintiff preserves her rights under New York Civil Practice Law and Rule § 205.

      For the reasons set forth on the record, the Court dismisses the case.  *See also Platinum-Montaur Life Scis., LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d 613, 615 (2d Cir. 2019) (holding for diversity jurisdiction purposes that limited liability companies take citizenship of all of their members and partnerships take citizenship of all of their partners).

The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: December 19, 2019
       New York, New York

_____
Edgardo Ramos, U.S.D.J.